THE MAYOR AND ALDERMEN OF THE CITY OF PATER-
SON, APPELLANT, v. THE BOROUGH OF GLEN RIDGE,
RESPONDENT.

Argued November 19, 1914—Decided March 1, 1915.

On appeal from the Supreme Court, in which court the
following *per curiam* was filed:

*"Per curiam*—The proceedings are affirmed, with costs,
for reasons that are sufficiently stated in the opinion in
*Paterson* v. *Jersey City,* 84 *N. J. L.* 454, and *Paterson* v.
*Kearny,* 84 *Id.* 456, of the same term."

For the appellant, *Edward F. Merrey, William B. Gourley*
and *John W. Griggs.*

For the respondent, *Gilbert Collins.*

PER CURIAM.

The judgment under review will be affirmed for the reasons
given by us in our opinions delivered at the present term in
the cases of *The Mayor and Aldermen of Paterson* v. *The
Mayor and Aldermen of Jersey City, ante p.* 163, and
*The Mayor and Aldermen of Paterson* v. *Town of Kearny,
post p.* 327.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, TRENCHARD, PARKER, BERGEN, BLACK, BOGERT,
VREDENBURGH, WHITE, HEPPENHEIMER, WILLIAMS, JJ.  12.

*For reversal*—None.